UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RENE OCAMPO-OCAMPO (1),<br><br>                    Defendant. | CASE NO. **12CR0726-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

FILED
12 APR 19 AM 9:13
CLERK, U.S. [DISTRICT COURT]
SOUTHERN DISTRICT [OF CALIFORNIA]

BY: _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Information:

    8 USC §1326 Deported Alien Found in the United States

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 18, 2012

                                    _____
                                    Janis L. Sammartino
                                    U.S. District Judge